# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| **In the Matter of GARY MATTHEW SORICHETTI:** | ) ) ) | Docket No. 3:21-mj- 62 |
| MOTION TO SEAL COMPLAINT, ARREST WARRANT AND ASSOCIATED DOCUMENTS | ) ) ) ) ) | *UNDER SEAL* |

## ORDER SEALING COMPLAINT, ARREST WARRANT AND ASSOCIATED DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Complaint, Arrest Warrant, associated documents, Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Complaint, Arrest Warrant, associated documents, Motion to Seal, and this Order, be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to alfredo.de.la.rosa@usdoj.gov).

SO ORDERED this 4th day of March 2021.

Signed: March 4, 2021

David C. Keesler
United States Magistrate Judge