## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:21-MJ-062-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| GARY MATTHEW SORICHETTI, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Enlarge Charging Period Under The Speedy Trial Act" (Document No. 12) filed May 16, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

For the reasons stated in the motion, the Court finds that there is sufficient cause for a continuance of the indictment deadline in this matter. The Court further finds that the ends of justice are served by taking such action as set forth in the joint motion and in 18 U.S.C. § 3161(h)(7)(A).

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Enlarge Charging Period Under The Speedy Trial Act" (Document No. 12) is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline for indictment of this matter shall be continued until no later than **August 28, 2023**. The Clerk is directed to certify copies of this Order to counsel for Defendant, to the United States Attorney, to the United States Marshals Service, and to the United States Probation Office.

**SO ORDERED**.

Signed: May 16, 2023

David C. Keesler
United States Magistrate Judge